**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-2039**

JAMES A. WILLIAMS,

Plaintiff - Appellant,

v.

MICHAEL STUDIVENT, Official Capacity; TOMMY STEVENS,
Individual and Official Capacity; DEBORAH LANKFORD,
Individual and Official Capacity; SAMUEL LANKFORD,
Individual and Official Capacity; LANKFORD PROTECTIVE
SERVICES, Official Capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro. Thomas D. Schroeder,
District Judge. (1:09-cv-00414-TDS-WWD)

Submitted: December 16, 2010          Decided: December 22, 2010

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

James A. Williams, Appellant Pro Se. Michael Studivent,
Appellee Pro Se; William L. Hill, FRAZIER, FRANKLIN, HILL &
FURY, RLLP, Greensboro, North Carolina; Sarah Helen Roane,
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC, Greensboro, North
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James A. Williams seeks to appeal the district court's order adopting the magistrate judge's recommendation and dismissing his 42 U.S.C. § 1983 (2006) complaint against Defendants Samuel Lankford, Deborah Lankford, and Lankford Protective Services. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). Because the district court has not adjudicated all of Williams's claims against all the Defendants, the order Williams seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED